# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Floyd, Henry F. | U.S. Court of Appeals for the Fourth Circuit | 08/14/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. Circuit Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, SC 29306

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1992 | S.C. Judges and Solicitors Retirement System, retirement fund payable upon retirement at age 55 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Judges & Solicitors Retirement System - retirement | $98,353.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Case Western University Law School | 4/8/2016 - 4/10/2016 | Cleveland, Ohio | Judge Moot Court finals | Travel, food, lodging |
| 2. | University of Tennessee Law School | 10/19/2016 - 10/21/2016 | Knoxville, Tennessee | Judge Moot Court finals | Travel, food, lodging |
| 3. | S.C. Defense Trial Attorneys Assoc. | 11/10/2016 - 11/12/2016 | Greensboro, Georgia | Annual meeting | Registration, lodging, food |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Southern Company common stock | A | Dividend | K | T | | | | | |
| 2. IRA #1 (H) | | | | | | | | | |
| 3. - Jennison 20/20 Focus Fund | A | Dividend | | | Redeemed | 12/01/16 | J | | |
| 4. South State Bank account (formerly SCBT) | A | Interest | J | T | | | | | |
| 5. New York Life - Variable Universal Life Policy | | | | | | | | | |
| 6. --MainStay VP Capital Appreciation | B | Dividend | K | | | | | | |
| 7. --MainStay VP High Yield Corp. Bond | B | Dividend | K | | | | | | |
| 8. MetLife Insurance (formerly Travelers Life & Annuity)(Y) | | | | | | | | | See Part VIII |
| 9. SunTrust Bank Accounts | A | Interest | L | T | | | | | |
| 10. Pickens County, SC inherited/gifted real estate | | None | P1 | S | | | | | See Part VIII |
| 11. First Citizens Bank account | A | Interest | J | T | | | | | |
| 12. IRA #2 (H) | | | | | | | | | |
| 13. --VP Moderate Aggressive Mutual Fund CL C (Y) | | | | | | | | | |
| 14. AMERIPRISE BROKERAGE (H) | | | | | | | | | |
| 15. --John Hancock Lifestyle Balanced CL C Mutual Fund | A | Dividend | J | T | | | | | |
| 16. --John Hancock Lifestyle Balanced CL C Mutual Fund (Y) | | | | | | | | | |
| 17. AMERIPRISE IRA #3 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Investrust REIT | A | Dividend | J | T | | | | | |
| 19. Xenia Hotels Common Stock (Y) | | | | | | | | | |
| 20. Ameriprise IRA Brokerage ADP (H) | | | | | | | | | |
| 21. --Eaton Vance Floating Rate & High Income Mutual Fund CL A (Y) | | | | | | | | | |
| 22. --JPMorgan Strategic Income Opptys Mutual fund CL A (Y) | | | | | | | | | |
| 23. --MFS Emerging Markets Debt Mutual fund CL A (Y) | | | | | | | | | |
| 24. --Prudential Global Real Estate Mutual fund CL A(Y) | | | | | | | | | |
| 25. --Active Portfolio Multi Manager Growth Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 26. --Active Portfolio Multi Manager Small Cap Equity Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 27. --Active Multi Manager Total Return Bond Mutual fund CL A | A | Dividend | K | T | | | | | |
| 28. --Active Multi Manager Total Return Bond Mutual fund CL A (Y) | | | | | | | | | |
| 29. --Active Multi Manager Total Return Bond Mutual fund CL A (Y) | | | | | | | | | |
| 30. --Active Portfolio Multi Manager Value Mutual fund CL A | A | Dividend | J | T | Buy | 07/18/16 | J | | |
| 31. --American Century Mid Cap Value Mutual fund CL A (Y) | | | | | | | | | |
| 32. --Blackrock Strategic Income Opptys Investor Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 33. --Blackrock Strategic Income Opptys Investor Mutual Fund CL A (Y) | | | | | | | | | |
| 34. --Columbia Income Oppty Mutual fund CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --JP Morgan Large Cap Growth Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 36. --JP Morgan Large Cap Growth Mutual Fund CL A (Y) | | | | | | | | | |
| 37. --MFS Intl Value Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 38. --MFS Value Mutual Fund CL A | A | Dividend | J | T | Sold (part) | 07/18/16 | J | | |
| 39. --Oppenheimer Intl Growth Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 40. --Prudential Jennison Mid Cap Growth Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 41. --Wells Fargo Emerging Markets Equity Mutual Fund CL A | A | Dividend | J | T | | | | | |
| 42. --Wells Fargo Special Mid Cap Value Mutual Fund CL A (Y) | | | | | | | | | |
| 43. --Money Market Mutual Fund CL A (Y) | | | | | | | | | |
| 44. --Blackrock High Yield Mutual Fund A (x) | A | Dividend | J | T | Buy | 07/18/16 | J | | |
| 45. --Active Portfolio Multi --Mgr directional Alt Mutual Fund A (x) | A | Dividend | J | T | Buy | 10/17/16 | J | | |
| 46. Ameriprise IRA Brokerage ADP #2 (H) | | | | | | | | | |
| 47. --Dreyfus Money Market(x) | A | Dividend | J | T | Redeemed (part) | 12/12/16 | J | | |
| 48. --American Century Mid Cap Value Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 49. --Blackrock High Yield Bond Investor Mutual Fund A (x) | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 50. --Blackrock Strategic Income Oppty Mutual Fund A (x) | A | Dividend | J | T | Sold (part) | 07/21/16 | J | | |
| 51. --Columbia Income Oppty Mutual Fund A (x) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. --Active Portfolio Multi Mgr Small Cap Equity Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 53. --Active Portfolio Multi Mgr Tot Return Bond Mutual Fund A (x) | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 54. --Tot Return Bond Mutual Fund A (x) | | | | | Sold (part) | 12/07/16 | J | | |
| 55. --Active Portfolio Multi Mgr Growth Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 56. --Active Portfolio Multi Mgr Value Mutual Fund A (x) | A | Dividend | J | T | Buy | 07/20/16 | J | | |
| 57. --Active Portfolio Multi Mgr directional Mutual Fund A (x) | A | Dividend | J | T | Buy | 10/20/16 | J | | |
| 58. --JPMorgan Large Cap Growth Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 59. --MFS Intl Value Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 60. --MFS Value Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 61. --Oppenheimer Intl Growth Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 62. --Prudential Jennison Mid Cap Growth Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 63. --Wells Fargo Emerging Markets Equity Mutual Fund A (x) | A | Dividend | J | T | | | | | |
| 64. --Activ Portfolio Multi Mgr Core Plua Mutual Fund A (x) | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 65. Midland National Executive Universal Life 2A | A | Interest | J | T | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 8 -- Policies insured the life of my children. I surrendered my beneficiary and cash value rights to my adult children. The only reason I listed the policies was I had a right to the cash value by agreement with the children. At the end of 2015, the children assumed responsibility for their policies.

Part VII, Line 10 --- Assessed value $1,200,000.00. Filer's interest is one-fourth of total value shown.

Part VII, Line 65 --- Filer requested investment information from insurance company. I was advised there is no investment option for policy holder. The interest earned on the premiums is paid by Midland National.

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F. | 08/14/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Henry F. Floyd**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544